AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sontchi, Christopher S. | Delaware - Bankruptcy Court | 04/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

824 Market Street
5th Floor
Wilmington, Delaware 19899

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 04/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | University of Chicago Law School, Lecturer; Spring semester | $10,000.00 |
| 2. | 2016 | Widener University Delaware Law School, Adjunct Professor; Spring semester | $7,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | self-employed physician |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INSOL International: Annual Regional Conference | 01/25/2016 - 01/27/2016 | Dubai, United Arab Emirates | Panel member for seminar | Meals, lodging, tuition, and travel |
| 2. | American Bankruptcy Institute: VALCON 2016 | 03/14/2016 - 03/16/2016 | Las Vegas, NV | Panel member for seminar | Meals, lodging, tuition, and travel |
| 3. | The Law Society of Singapore: Regional Insolvency Conference | 09/14/2016 - 09/18/2016 | Singapore, Singapore | Panel member for seminar | Meals, lodging, tuition, and travel |
| 4. | Singapore Law Visitors Program | 10/07/2016 - 10/13/2016 | Singapore. Singapore | Conference attendee | Meals, lodging, and travel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sontchi, Christopher S. | 04/12/2017 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5. | American Bankruptcy Institute: Complex Financial Restructuring Program | 11/10/2016 - 11/10/2016 | Philadelphia, PA | Speaker | Meals, tuition, and travel |
| 6. | Association of Insolvency and Restructuring Advisors: Advanced Restructuring Conf. | 11/13/2016 - 11/14/2016 | New York, NY | Panel member for seminar | Meals, lodging, tuition, and travel |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 04/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Educaion Services | Spouse's Education Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 04/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WSFS Bank | A | Interest | M | T | | | | | |
| 2. DEXSTA Federal Credit Union | A | Interest | K | T | | | | | |
| 3. Brokerage Account #1 | | None | J | T | | | | | |
| 4. 529 Plan #1 | | | | | | | | | |
| 5. - John Hancock, Freedom 529 College 2013-2016 | | None | M | T | | | | | |
| 6. 529 Plan #2 | | | | | | | | | |
| 7. - John Hancock, Freedom 529 College 2017-2020 | | None | M | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 10. - American Funds, Europacific Growth Fund | A | Dividend | K | T | Buy (add'l) | 02/25/16 | J | | |
| 11. - Deutsche Global Real Estate Securities Fund | A | Dividend | J | T | Sold (part) | 03/07/16 | J | | |
| 12. - Wells Fargo Advantage International Value Fund | A | Dividend | J | T | Buy (add'l) | 03/07/16 | J | | |
| 13. - MFS Research Fund | A | Dividend | K | T | Buy (add'l) | 12/21/16 | J | | |
| 14. - AMG River Road Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 15. - Columbia Acorn International Fund | A | Dividend | | | Sold | 02/23/16 | J | | |
| 16. - Prudential Jennison Mid Cap Growth Fund | A | Dividend | | | Sold | 11/10/16 | J | | |
| 17. - JP Morgan U.S. Large Cap Core Plus Fund | A | Dividend | K | T | Buy (add'l) | 02/23/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 04/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 19. - John Hancock Disciplined Value Fund | A | Dividend | K | T | | | | | |
| 20. - JP Morgan Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 21. - Brown Advisory Growth Equity Fund | A | Dividend | K | T | Sold (part) | 03/03/16 | J | | |
| 22. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 23. - MFS International Growth Fund | A | Dividend | J | T | | | | | |
| 24. - AMG Times Square Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 25. - Virtus Emerging Markets Opportunities Fund | A | Dividend | | | Sold (part) | 02/25/16 | J | | |
| 26. | | | | | Sold | 06/16/16 | J | | |
| 27. - AQR Managed Futures Strategy Fund | A | Dividend | J | T | Sold (part) | 03/03/16 | J | | |
| 28. - Baird Aggregate Bond Fund | A | Dividend | K | T | Sold (part) | 03/03/16 | J | | |
| 29. - Clarkston Partners Fund | A | Dividend | J | T | | | | | |
| 30. - Metropolitan West Total Return Bond Fund | A | Dividend | K | T | | | | | |
| 31. - Hartford Mid Cap Fund | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 32. - Lazard Emerging Markets Equity | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 33. - Victory Trivalent International Small-Cap Fund | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 34. | | | | | Buy (add'l) | 03/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 04/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #2 | | | | | | | | | |
| 36. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 37. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 38. IRA #3 | | | | | | | | | |
| 39. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 40. - American Funds, Europacific Growth Fund | A | Dividend | J | T | Buy (add'l) | 02/25/16 | J | | |
| 41. - Deutsche Global Real Estate Securities Fund Securities | A | Dividend | J | T | | | | | |
| 42. - Wells Fargo Advantage International Value Fund | A | Dividend | J | T | | | | | |
| 43. - MFS Research Fund | A | Dividend | J | T | | | | | |
| 44. - AMG River Road Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 45. - Columbia Acorn International Fund | A | Dividend | | | Sold | 02/23/16 | J | | |
| 46. - Prudential Jennison Mid Cap Growth Fund | A | Dividend | | | Sold | 11/10/16 | J | | |
| 47. - JP Morgan U.S. Large Cap Core Plus Fund | A | Dividend | J | T | Buy (add'l) | 02/23/16 | J | | |
| 48. - John Hancock Disciplined Value Fund | A | Dividend | J | T | | | | | |
| 49. - JP Morgan Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 02/10/16 | J | | |
| 50. - Brown Advisory Growth Equity Fund | A | Dividend | J | T | | | | | |
| 51. - MFS International Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - AMG Times Square Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 53.  - Virtus Emerging Markets Opportunities Fund | A | Dividend | | | Sold | 06/16/16 | J | | |
| 54.  - AQR Managed Futures Strategy Fund | A | Dividend | J | T | | | | | |
| 55.  - Baird Aggregate Bond Fund | A | Dividend | J | T | | | | | |
| 56.  - Clarkston Partners Fund | A | Dividend | J | T | | | | | |
| 57.  - Metropolitan West Total Return Bond Fund | A | Dividend | J | T | | | | | |
| 58.  - Hartford Mid Cap Fund | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 59.  - Lazard Emerging Markets Equity | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 60.  - Victory Trivalent International Small-Cap Fund | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 61. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 62.  IRA #4 | | | | | | | | | |
| 63.  - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 64.  - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 65.  401(k) Plan #2 | | | | | | | | | |
| 66.  - Franklin Templeton Inv., Franklin Income Fund | A | Dividend | | | Sold | 04/11/16 | J | | |
| 67.  - The Hartford, Hartford Capital Appreciation Fund | A | Dividend | | | Sold | 04/11/16 | J | | |
| 68.  - Henderson International Opportunities Fund | A | Dividend | | | Sold | 04/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 04/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Quaker Funds, Quaker Strategic Growth Fund | A | Dividend | | | Sold | 04/11/16 | J | | |
| 70. - Henderson European Focus Fund | A | Dividend | | | Sold | 04/11/16 | J | | |
| 71. - JH LS Grow Active Strategy Fund | A | Dividend | K | T | Buy | 04/25/16 | K | | |
| 72. Nationwide Flexible Prem. Variable Universal Life Policy #1 | | | | | | | | | |
| 73. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |
| 74. Nationwide Flexible Prem. Variable Universal Life Policy #2 | | | | | | | | | |
| 75. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sontchi, Christopher S. | 04/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 5, line 3: The entire balance in this account was withdrawn in 2007. This account remains open but had a balance of $0.00 throughout the reporting period.

2) Part VII, page 5, line 11 (2015 report): The entire balance of Neuberger Berman Genesis Fund was sold on November 18, 2015.

3) Part VII, page 5, line 14: Aston/River Road Small Cap Value Fund changed its name to AMG River Road Small Cap Value Fund on October 14, 2016.

4) Part VII, page 5, line 15: The entire balance of Columbia Acorn International Fund was sold on February 23, 2016.

5) Part VII, page 5, line 15 (2015 report): The entire balance of JP Morgan Core Bond Fund was sold on November 20, 2015.

6) Part VII, page 5, line 16: The entire balance of Prudential Jennison Mid Cap Growth Fund was sold on November 10, 2016.

7) Part VII, page 6, line 21 (2015 report): The entire balance of Manning & Napier Equity Series Fund was sold on November 18, 2015.

8) Part VII, page 6, line 26: The entire balance of Virtus Emerging Markets Opportunities Fund was sold on June 16, 2016.

9) Part VII, page 6, line 29 (2015 report): The entire balance of Dodge & Cox Income Fund was sold on November 18, 2015.

10) Part VII, page 6, line 31: Hartford Mid Cap Fund was initially purchased on November 10, 2016.

11) Part VII, page 6, line 32: Lazard Emerging Markets Equity was initially purchased on June 16, 2016.

12) Part VII, page 6, line 33: Victory Trivalent International Small-Cap Fund was initially purchased on February 25, 2016.

13) Part VII, page 7, line 39 (2015 report): The entire balance of Neuberger Berman Genesis Fund was sold on November 18, 2015.

14) Part VII, page 7, line 43 (2015 report): The entire balance of JP Morgan Core Bond Fund was sold on November 20, 2015

15) Part VII, page 7, line 44: Aston/River Road Small Cap Value Fund changed its name to AMG River Road Small Cap Value Fund on October 14, 2016.

16) Part VII, page 7, line 45: The entire balance of Columbia Acorn International Fund was sold on February 23, 2016.

17) Part VII. page 7, line 46: The enire balance of Prudential Jennison Mid Cap Growth Fund was sold on November 10, 2016.

18) Part VII, page 7, line 49 (2015 report): The entire balance of Manning & Napier Equity Series Fund was sold on November 18, 2015.

19) Part VII, page 8. line 53: The entire balance of Virtus Emerging Markets Opportunities Fund was sold on June 16, 2016.

20) Part VII, page 8, line 57 (2015 report): The entire balance of Dodge & Cox Income Fund was sold on November 18, 2015.

21) Part VII, page 8, line 58: Hartford Mid Cap Fund was initially purchased on November 10, 2016.

22) Part VII, page 8, line 59: Lazard Emerging Markets Equity was initially purchased on June 16, 2016.

23) Part VII, page 8, line 60: Victory Trivalent International Small-Cap Fund was initially purchased on February 25, 2016.

24) Part VII, page 8, line 66: The entire balance of Franklin Templeton Inv., Franklin Income Fund was sold on April 11, 2016.

25) Part VII, page 8, line 67: The entire balance of The Hartford, Hartford Capital Appreciation Fund was sold on April 11, 2016.

26) Part VII, page 8, line 68: The entire balance of Henderson International Opportunities Fund was sold on April 11, 2016.

27) Part VII, page 9, line 69: The entire balance of Quaker Funds, Quaker Strategic Growth Fund was sold on April 11, 2016.

28) Part VII, page 9, line 70: The entire balance of Henderson European Focus Fund was sold on April 11, 2016.

29) Part VII, page 9, line 71: JH LS Grow Active Strategy Fund was initially purchased on April 25, 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher S. Sontchi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544